Isidoro Ramirez OLIVA, Appellant,

v.

The STATE of Texas.

No. 651–97.

Court of Criminal Appeals of Texas, En Banc.

Oct. 28, 1998.

Ira Perz, Houston, for appellant.

Julie Klibert, Assistant District Attorney, Houston, Matthew Paul, State's Prosecuting Attorney, Austin, for State.

*OPINION ON STATE'S PETITION
FOR DISCRETIONARY
REVIEW*

PER CURIAM.

A jury convicted appellant of aggravated sexual assault and assessed his punishment at confinement for fifty years. On direct appeal, the Court of Appeals reversed and remanded the case for a new punishment hearing based on its determination appellant received ineffective assistance of counsel at the punishment phase of his trial. *Oliva v. State*, 942 S.W.2d 727 (Tex.App.—Houston [14th Dist.] 1997).

We granted discretionary review to determine, among other things, whether the *Duffy* standard should continue to apply to claims of ineffective assistance of counsel at the punishment phase of a noncapital sentencing proceeding. See *Ex parte Duffy*, 607 S.W.2d 507 (Tex.Cr.App.1980). The Court has decided to dismiss the State's petition for discretionary review as improvidently granted.

WOMACK, J., dissents.